UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTORIA GRETZKY,<br>          Plaintiff,<br>v.<br>AMGUARD INSURANCE COMPANY,<br>          Defendant. | CIVIL ACTION NO. 1:25-CV-10267-NMG |

**PLAINTIFF VICTORIA GRETZKY'S OBJECTION TO DEFENDANT'S AMGUARD INSURANCE COMPANY'S MOTION TO LIMIT DAMAGES UNDER M.G.L. C. 93A, § 9  (DOC. 20)**

      Now comes Plaintiff, Victoria Gretzky, and hereby objects to Defendants' Motion to Limit Damages Under M.G.L. C. 93A § 9 (Doc. 20). The Plaintiff argues that AmGuard's settlement offer was unreasonable in relation to the injury suffered and that AmGuard engaged in willful and knowing violations of M.G.L. c. 176D, § 3(9)(f) by failing to effectuate a prompt and fair settlement when liability was reasonably clear. Accordingly, the Defendant's motion should be denied in its entirety.

Respectfully submitted:
**DUDLEY DEBOSIER, APLC**

/s/ G. Adam Savoie
**STEVEN A. DEBOSIER** (*Pro Hac Vice*)
Louisiana Bar No. 22331
**G. ADAM SAVOIE** (*Pro Hac Vice*)
Louisiana Bar No. 32676
1075 Government Street
Baton Rouge, Louisiana  70802
Telephone: (225) 343-2432
Facsimile: (225) 379-4954
Email: sdebosier@dudleydebosier.com
Email: asavoie@dudleydebosier.com

                                            **THE BOTTARO LAW FIRM LLC**
                                            **GREGORY P. SORBELLO**
                                              Massachusetts Bar No. (#653628)
                                            **MICHAEL R. BOTTARO**
                                              Massachusetts Bar No. (#665985)
                                              756 Eddy Street
                                              Providence, Rhode Island  02903
                                              Telephone: (401) 383-5007
                                              Facsimile: (401) 383-5005
                                              Email: greg@bottarolaw.com

                                              *Counsel for Plaintiff, Victoria Gretzky*

Dated:  June 4, 2025

## CERTIFICATE OF SERVICE

    I, hereby certify that on June 4, 2025, I served a copy of the foregoing document, by causing a copy thereof to be sent electronically, through the ECF system, to the registered participants in this case, as identified on the Notice of Electronic Filing (NEF).

    Lincoln A. Rose, Esq.
    Tamara Smith Holtslag
    Peabody & Arnold LLP
    Federal Reserve Plaza
    600 Atlantic Ave
    Boston, MA 02210
    Tel. (617) 951-2011
    tsmith@peabodyarnold.com
    Lrose@peabodyarnold.com

                                              /s/Meghan McMullen_____